SAMPLE

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE [Case Name]  BANKRUPTCY CASE NO. [Number]

Debtor(s)  CHAPTER [Number] 03 18553

MOTION FOR PAYMENT OF UNCLAIMED FUNDS

I, _PEGGY Wust_, the undersigned claimant, move the court for an order disbursing the funds on deposit in this estate for the following reasons:

1. On _April 25, 2007_, the trustee of this estate deposited the sum of $ _500.00_, belonging to _PEGGY Wust_ [insert name of original owners of record of the funds], with the Clerk of the Bankruptcy Court under 11 U.S.C. § 347(a).

2. I seek payment of these unclaimed funds to _PEGGY Wust_ [insert claimant's name] at the following address: _3617 Rose Ave, Chalmette, La 70043_

3. I have provided the United States Attorney for the Eastern District of Louisiana with a copy of this motion.

4. I state under penalty of perjury that I am legally entitled to claim these amounts for whom the unclaimed funds were deposited in this bankruptcy case. I certify that, to the best of my knowledge, all information and documents submitted in support of this motion are true and correct.

_3/29/2010_  _Peggy Wust_ [signature]
Claimant's Name
Mailing Address
City, State, Zip Code
Phone Number
Email Address (if filed electronically)

Subscribed and Sworn Before Me this _29_ day of _March_, 20_10_

Luann Schulz, Notary Public in and for the State of _Louisiana_
My commission expires: _Lifetime_

Luann Schulz
Notary Public #  39799
St. Bernard Parish - Louisiana
My Commission is Lifelong

39799

SAMPLE

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE [Case Name]            BANKRUPTCY CASE NO. [Number]

Debtor(s)            CHAPTER [Number]

CERTIFICATE OF SERVICE

I, _Peggy West_ [insert claimant's name], certify that on __[insert date]__, a copy of the foregoing Motion for Payment of Unclaimed Funds was served on the United States Attorney Office, c/o Hale Boggs Building, 500 Poydras Street, Suite 210-B, New Orleans, Louisiana, 70130 by first class mail, postage prepaid.

_Peggy West_
Claimant Name PEGGY WEST
Mailing Address 3617 Rose Avenue
City, State, Zip Code (HAHNVILLE) LA 7003
Phone Number 504 220-8478
Email Address (if filed electronically)

5

SAMPLE

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE [Case Name]           BANKRUPTCY CASE NO. [Number]

Debtor(s)           CHAPTER [Number]

ORDER FOR PAYMENT OF UNCLAIMED FUNDS

The court has considered the Motion for Payment of Unclaimed Funds filed by [insert *Peggy Wust 3617 Rose Ave. Chalmette, LA 70043*] claimant's name **and** current mailing address] requesting payment of unclaimed funds in the amount of $ [insert amount *4500.00*]. The motion and the documents attached establish that the claimant is entitled to the unclaimed funds and that proper notice of the motion was given to the United States Attorney for the Eastern District of Louisiana. Accordingly,

**IT IS ORDERED** that the Motion for Payment of Unclaimed Funds is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of Court issue a check payable to [insert *Peggy Wust*] claimant's name] in the amount stated above and mail the check to the above address.

~~New Orleans~~ *New Orleans*, Louisiana, _____.

_____
U.S. BANKRUPTCY JUDGE