UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE
Peggy Joyce Wust
Debtor(s)

BANKRUPTCY CASE NO. 03-18553

CHAPTER 13

## ORDER FOR PAYMENT OF UNCLAIMED FUNDS

The court has considered the Motion for Payment of Unclaimed Funds filed by
E.H. Gerdie, MW, 4224 Houma Blvd, Suite 210, Metarie, LA requesting 70006
payment of unclaimed funds in the amount of $266.90. The motion and the

documents attached establish that the claimant is entitled to the unclaimed funds and that proper

notice of the motion was given to the United States Attorney for the Eastern District of

Louisiana. Accordingly,

**IT IS ORDERED** that the motion for payment of unclaimed funds is **GRANTED.**

**IT IS FURTHER ORDERED** that the Clerk of Court issue a check payable to

E.H. Gerdier MW _____ in the amount stated above and mail the check to the

above address.

New Orleans, Louisiana, 20th day of September, 2010.

U.S. BANKRUPTCY JUDGE

P. 004

2010/MAY/25/TUE 06:14 PM