SAMPLE

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

03-18553

IN RE [Case Name] Peggy Joyce Wust
Debtor(s)

BANKRUPTCY CASE NO. [Number]

CHAPTER [Number] 13

ORDER FOR PAYMENT OF UNCLAIMED FUNDS

The court has considered the Motion for Payment of Unclaimed Funds filed by [insert Peggy Wust 3617 Rose Ave. Chalmette, LA 70043 claimant's name **and** current mailing address] requesting payment of unclaimed funds in the amount of $ [insert amount] 4500.00. The motion and the documents attached establish that the claimant is entitled to the unclaimed funds and that proper notice of the motion was given to the United States Attorney for the Eastern District of Louisiana. Accordingly,

**IT IS ORDERED** that the Motion for Payment of Unclaimed Funds is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of Court issue a check payable to [insert Peggy Wust claimant's name] in the amount stated above and mail the check to the above address.

New Orleans, Louisiana, this 20th day of September, 2010.

_____
U.S. BANKRUPTCY JUDGE

6